UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2014 FEB 10  AM 10: 06

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | § | |
| | § | |
| v. | § | Civil No.   1:14-CV-129-SS |
| | § | |
| DEUTSCHE BANK SECURITIES INC. ET AL | § | |

## O R D E R

The above captioned cause, having been removed to this Court on February 7, 2014, from the 200th Judicial District Court of Travis County, Texas, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings.  The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 10th day of February, 2014.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE