IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1-14-CV-00129-SS |
| ALLY SECURITIES LLC; GOLDMAN, SACHS & CO.; DEUTSCHE BANK SECURITIES INC.; J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., and THE BEAR STEARNS COMPANIES, LLC; | § § § § § § § § | |
| Defendants. | § | |

**DEUTSCHE BANK SECURITIES, INC.'S SUPPLEMENT TO NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1447(b) and this Honorable Court's Order [Docket 12], Defendant Deutsche Bank Securities, Inc. supplements the record with the state court's pleadings attached and described in the Docket Sheet and Index of Matters Being Filed.

Dated:  February 12, 2014          Respectfully submitted,

                                    RATLIFF LAW FIRM PLLC

                                    By:   /s/ Shannon H. Ratliff
                                    Shannon H. Ratliff
                                    State Bar No. 16573000
                                    sratliff@ratlifflaw.com
                                    Lisa A. Paulson
                                    State Bar No. 00784732
                                    lpaulson@ratlifflaw.com
                                    600 Congress Avenue, Suite 3100
                                    Austin, TX 78701-2984
                                    Tel: 512.493.9600
                                    Fax: 512.493.9625

SIMPSON THACHER & BARTLETT LLP
Thomas C. Rice (pro hac vice)
NY Reg. No. 1829829
trice@stblaw.com
Andrew T. Frankel (pro hac vice)
NY Reg. No. 2409423
afrankel@stblaw.com
Alexandra C. Pitney (pro hac vice)
NY Reg. No. 4736906
lpitney@stblaw.com
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendant Deutsche Bank Securities Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, and was served with this pleading, Docket Sheet, and Index of Matters Being Filed via certified mail, return receipt requested, on the following counsel of record:

| | |
|---|---|
| Thomas H. Watkins<br>Daniel R. Smith<br>HUSCH BLACKWELL, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701<br><br>*Attorneys for Plaintiffs* | David J. Grais<br>Mark B. Holton<br>GRAIS & ELLSWORTH, LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br><br>*Attorneys for Plaintiffs* |
| Bruce D. Oakley<br>HOGAN LOVELS US LLP<br>700 Louisiana St., Suite 4300<br>Houston, Texas 77002<br><br>*Attorneys for Defendant Goldman Sachs & Co.* | Richard H. Klapper<br>Theodore Edelman<br>Tracy Richelle High<br>Kamil Redmond<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br><br>*Attorneys for Defendant Goldman Sachs & Co.* |

　　*/s/ Shannon H. Ratliff*
　　Shannon H. Ratliff

2