FILED

IN THE UNITED STATES DISTRICT COURT 2014 FEB 24  AM II: 46
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____ DEPUTY

Federal Deposit Insurance Corporation as
Receiver for Guaranty Bank

-vs-                                                    Case No.   1:14-cv-00129-XR

Deutsche Bank Securities, Inc., et al

## O R D E R

BE IT REMEMBERED on this the __24th__ day of __February__ 20 _14_, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

_____Tracy Richelle High_____ ("Applicant"), counsel for ___Goldman, Sachs & Co.___ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of ____Goldman, Sachs & Co.____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the __24th__ day of __February__  20 _14_.

_____
UNITED STATES DISTRICT JUDGE