IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK,
    Plaintiff,

-vs-

GOLDMAN, SACHS & CO. and DEUTSCHE BANK SECURITIES INC.,
    Defendants.

Case No. A-14-CA-129-SS

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting the Defendants' motion for judgment on the pleadings, and thereafter the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that all claims brought by the Plaintiff Federal Deposit Insurance Corporation, as receiver for Guaranty Bank, are DISMISSED WITH PREJUDICE as time-barred, and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 18th day of August 2014.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

129 ood kkt.frm