IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR GUARANTY BANK, <br><br> *Plaintiff*, <br><br> vs. <br><br> GOLDMAN, SACHS & CO., and DEUTSCHE BANK SECURITIES INC.; <br><br> *Defendants*. | § § § § § § § § § § § § § § Civil Action No. 1:14-CV-00129-SS |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, the Federal Deposit Insurance Corporation as Receiver for Guaranty Bank, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment dismissing as time-barred all of the plaintiff's claims, entered in this action on the 18th day of August, 2014.

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.

By: /s/ Ryan T. Shelton
Guy M. Hohmann
State Bar No. 09813100
guyh@hts-law.com
Ryan T. Shelton
State Bar No. 24037484
ryans@hts-law.com
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (Fax)

GRAIS & ELLSWORTH LLP
David J. Grais (pro hac vice)
dgrais@graisellsworth.com
Mark B. Holton (pro hac vice)
mholton@graisellsworth.com
Kathryn E. Matthews (pro hac vice)
kmatthews@graisellsworth.com
1211 Avenue of the Americas
New York, New York 10036
(212) 755-0100
(212) 755-0052 (Fax)

COUNSEL FOR PLAINTIFF THE
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
GUARANTY BANK

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2014, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF notification system on all counsel of record:

**COUNSEL FOR DEFENDANT GOLDMAN SACHS & CO.:**

Richard H. Klapper
Theodore Edelman
Tracy Richelle High
Peter A. Steciuk
Siobhan Stewart
Veronica W. Ip
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
klapperr@sullcrom.com
edelmant@sullcrom.com
hight@sullcrom.com
redmondka@sullcrom.com
steciukp@sullcrom.com
sstewart@graisellsworth.com
ipv@sullcrom.com

Bruce Davidson Oakley
HOGAN LOVELLS US LLP
Bank of America
700 Lousiana, Suite 4300
Houston, TX 77002
bruce.oakley@hoganlovells.com

**COUNSEL FOR DEFENDANT DEUTSCHE BANK SECURITIES INC.:**

Andrew T. Frankel
Abigail Williams
Alexandra C. Pitney
Thomas C. Rice
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
afrankel@stblaw.com
awilliams@stblaw.com
lpitney@stblaw.com
trice@stblaw.com

Shannon H. Ratliff
Lisa A. Paulson
RATLIFF LAW FIRM PLLC
600 Congress Avenue, Suite 3100
Austin, TX 78701-2984
sratliff@ratlifflaw.com
lpaulson@ratlifflaw.com

                                        */s/ Ryan T. Shelton*
                                        Ryan T. Shelton