# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 28, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: RBS Securities Inc., et al.
v. Federal Deposit Insurance Corporation as Receiver for Guaranty Bank
No. 15-783
(Your No. 14-51055, 14-51066)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 28, 2016

Ms. Jeannette Clack  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

    No. 14-51055    FDIC v. Merrill Lynch Pierce Fenner  
                            USDC No. 1:14-CV-126  
                            USDC No. 1:14-CV-129

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Charlene A. Vogelaar*

By: _____  
Charlene A. Vogelaar, Deputy Clerk  
504-310-7648