**Appendix B**

