**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for GUARANTY BANK, <br><br> *Plaintiff,* <br><br> v. <br><br> RBS SECURITIES INC., <br><br> *Defendant.* | Civil Action No. 14-cv-126-SS |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for GUARANTY BANK, <br><br> *Plaintiff,* <br><br> v. <br><br> DEUTSCHE BANK SECURITIES INC. and GOLDMAN, SACHS & CO., <br><br> *Defendants.* | Civil Action No. 14-cv-129-SS |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Christopher G. Hornig, ("Applicant") herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Goldman Sachs & Co. LLC ("Goldman Sachs") in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498, telephone (212) 558-4000, facsimile (212) 558-3588.

2. Since March 26, 2012, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 5008693.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Southern District of New York | May 22, 2012 |
| Court of Appeals for the 2d Circuit | June 20, 2017 |
| Eastern District of New York | June 28, 2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below: N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below: N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

Bruce D. Oakley
**Hogan Lovells US LLP**
609 Main Street, Suite 4200
Houston, TX 77002

-3-

Telephone: (713) 632-1420
Fax: (713) 632-1401
bruce.oakley@hoganlovells.com

9. Should the Court grant applicant's motion, Applicant shall tender the amount of

   $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) with

   checks payable to: Clerk, U.S. District Court.

10. Should the Court grant applicant's motion, Applicant shall register as a filing user

    within 10 days of this order, pursuant to Administrative Policies and Procedures for

    Electronic Filing in Civil and Criminal Cases in the Western District of Texas.


   Wherefore, Applicant prays that this Court enter an order permitting the admission of

Christopher G. Hornig to the Western District of Texas *pro hac vice* for this case only.

Dated: July 25, 2017                          Respectfully submitted,

                                              _____
                                              Christopher G. Hornig

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this the 25th day of July, 2017.

Respectfully submitted,

Christopher G. Hornig

## SERVICE LIST

| | |
|---|---|
| **RATLIFF LAW FIRM, PLLC**<br><br>**Shannon H. Ratliff**<br>**Lisa A. Paulson**<br>Davis, Gerald & Cremer<br>600 Congress Avenue<br>Suite 3100<br>Austin, TX 78701-2984<br>(512) 493-9600<br>512/493-9625<br>sratliff@ratlifflaw.com<br>lpaulson@ratlifflaw.com<br><br>**SIMPSON THACHER & BARTLETT LLP**<br><br>**Andrew T. Frankel**<br>**Alexandra C. Pitney**<br>**Thomas C. Rice**<br>**Abigail W. Williams**<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 455-2000<br>Fax: (212) 455-2502<br>afrankel@stblaw.com<br>lpitney@stblaw.com<br>trice@stblaw.com<br>awilliams@stblaw.com<br><br><br>*Counsel for Deutsche Bank Securities Inc.* | **GRAIS & ELLSWORTH LLP**<br><br>**David J. Grais**<br>**Mark B. Holton**<br>**Mary G. Menge**<br>**Siobhan Maria Stewart**<br>**Lourdes M. Slater**<br>**Benjamin W. Thorn**<br>**Kathryn E. Matthews**<br>Grais & Ellsworth LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 755-0100<br>Fax: (212) 755-0052<br>dgrais@graisellsworth.com<br>mholton@graisellsworth.com<br>mmenge@graisellsworth.com<br>sstewart@graisellsworth.com<br>lslater@graisellsworth.com<br>bthorn@graisellsworth.com<br>kmatthews@graisellsworth.com<br><br><br>**YETTER COLEMAN, LLP**<br><br>**Bryce L. Callahan**<br>**R. Paul Yetter**<br>**Collin J. Cox**<br>Yetter Coleman LLP<br>909 Fannin, Suite 3600<br>Houston, TX 77010<br>Tel: (713) 632-8000<br>Fax: (713) 632-8002<br>bcallahan@yettercoleman.com<br>ccox@yettercoleman.com<br>pyetter@yettercoleman.com<br><br><br>*Counsel for Plaintiff FDIC* |
| **SULLIVAN & CROMWELL LLP**<br><br>**Richard H. Klapper**<br>**Theodore Edelman** | |

-6-

| | |
|---|---|
| **Veronica W. Ip**<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>Tel.: (512) 558-4000<br>Fax: (212)  558-3588<br>klapperr@sullcrom.com<br>edelmant@sullcrom.com<br>steciukp@sullcrom.com<br>ipvw@sullcrom.com<br><br>**HOGAN LOVELLS US, LLP**<br><br>**Bruce D. Oakley**<br>Hogan Lovells US LLP<br>609 Main Street, Suite 4200<br>Houston, TX 77002<br>Tel.: (713) 632-1420<br>Fax: (713) 632-1401<br>bruce.oakley@hoganlovells.com<br><br>*Counsel for Goldman Sachs & Co. LLC* | |