UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Federal Deposition Insurance Corporation as
Receiver for Guaranty Bank

-vs-

Deutsche Bank Securities and Goldman Sachs &
Co LLC

Case No.: 14-cv-129-SS

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Peter George Koclanes__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent __Deutsche Bank Securities and__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Sherman & Howard L.L.C.__,

with offices at

  Mailing address: 633 Seventeenth Street, Suite 30000

  City, State, Zip Code: Denver, CO 80202

  Telephone: (303) 299-8353

  Facsimile: (303) 298-0940

2. Since 10/30/1987, Applicant has been and presently is a member of and in good standing with the Bar of the State of Colorado. Applicant's bar license number is 17154.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| New York State Court | 4/23/1990 |
| U.S.C.A. 10th Cir. | 7/8/1996 |
| U.S.D.C. So. Dist. of New York | 9/10/1991 |
| U.S.D.C. Eastern Dist. of New York | 9/13/1991 |
| U.S.C.A for Federal Circuit | 3/9/1989 |
| U.S.D.C for Colorado | 8/9/1996 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☒ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | Shannon H. Ratliff and Lisa Paulson |
   | Mailing address: | 600 Congress Avenue, Suite 3100 |
   | City, State, Zip Code: | Austin, TX 78701-2984 |
   | Telephone: | 512-493-9600 |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

`Peter George Koclanes` to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

`Peter George Koclanes`
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

       I hereby certify that on August 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David J. Grais (dgrais@graisellsworth.com)
Kathryn E. Matthews (kmatthews@graisellsworth.com)
Grais & Ellsworth LLP
1211 Avenue of the Americas
New York, New York  10036

R. Paul Yetter (pyetter@yettercoleman.com)
Collin J. Cox (ccox@yettercoleman.com)
Yetter Coleman LLP
909 Fannin Street, Suite 3600
Austin, Texas  77010

                                                 */s/ Shannon H. Ratliff*
                                                 Shannon H. Ratliff