IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK,<br><br>*Plaintiff,*<br><br>-v.-<br><br>DEUTSCHE BANK SECURITIES INC. and GOLDMAN, SACHS & CO.,<br><br>*Defendants.* | Civil Action No. 14-cv-129-SS |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Federal Deposit Insurance Corporation as Receiver for Guaranty Bank ("FDIC-R") and Defendant Goldman Sachs & Co. LLC f/k/a Goldman, Sachs & Co. ("Goldman Sachs") (collectively, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle the FDIC-R's claim against Goldman Sachs in this action;

NOW, THEREFORE, it is hereby stipulated, subject to the Court's approval, that the FDIC-R's claim against Goldman Sachs in this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, and each party shall bear its own costs and attorneys' fees. The FDIC-R's claim against the remaining defendant remains pending.

{G0085713.1}

Dated: June 26, 2018

| | |
|---|---|
| YETTER COLEMAN LLP<br><br>By: /s/ Paul Yetter<br>R. Paul Yetter<br>pyetter@yettercoleman.com<br>Collin J. Cox<br>ccox@yettercoleman.com<br>811 Main Street, Suite 4100<br>Austin, Texas 77002<br>Telephone: (713) 632-8000<br>Fax: (713) 632-8002<br><br>GRAIS & ELLSWORTH LLP<br><br>David J. Grais (*pro hac vice*)<br>dgrais@graisellsworth.com<br>Kathryn E. Matthews (*pro hac vice*)<br>kmatthews@graisellsworth.com<br>950 Third Avenue<br>New York, NY 10022<br>Tel: (212) 755-0100<br>Fax: (212) 755-0052<br>Fax: (212) 755-0052<br><br>*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Guaranty Bank* | HOGAN LOVELLS US LLP<br><br>By: /s/ Bruce Oakley w/ permission BLC<br>Bruce D. Oakley<br>bruce.oakley@hoganlovells.com<br>State Bar No. 15156900<br>700 Louisiana St., Suite 4300<br>Houston, Texas 77002<br>Tel: (713) 632-1420<br>Fax: (713) 632-1401<br><br>SULLIVAN & CROMWELL LLP<br><br>Richard H. Klapper (*pro hac vice*)<br>NY Reg. No. 1735612<br>klapperr@sullcrom.com<br>Theodore Edelman (*pro hac vice*)<br>NY Reg. No. 1909332<br>edelmant@sullcrom.com<br>Veronica Ip (*pro hac vice*)<br>NY Reg. No. 4897617<br>ipvw@sullcrom.com<br>125 Broad Street<br>New York, New York 10004-2498<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588<br><br>*Attorneys for Defendant Goldman Sachs & Co. LLC* |