FILED

18 JUN 27 PM 4:28

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
GUARANTY BANK,

    *Plaintiff*,

  -v.-

DEUTSCHE BANK SECURITIES INC. and
GOLDMAN, SACHS & CO.,

    *Defendants*.

Civil Action No. 14-cv-129-SS

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiff Federal Deposit Insurance Corporation, as Receiver for Guaranty Bank ("FDIC-R") and Defendant Goldman Sachs & Co. LLC f/k/a Goldman, Sachs & Co. ("Goldman Sachs") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and the FDIC-R's claim against Goldman Sachs in this action is hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this the 27 day of June in Austin, Texas.

*Sam Sparks*
SENIOR UNITED STATES DISTRICT JUDGE