IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK,<br><br>     Plaintiff,<br><br>-v.-<br><br>DEUTSCHE BANK SECURITIES INC.,<br><br>     Defendant. | Civil Action No. A-14-cv-129-XR |

**JURY QUESTIONNAIRE**

To help the Court and attorneys select a jury to serve, please complete the following questionnaire. The purpose of these questions is not to ask you unnecessarily about personal matters. It is simply to determine whether you may be an appropriate juror for this particular case.

The information you provide to the Court in this questionnaire will be confidential and will be provided only to the parties, the parties' lawyers and their assistants for the sole purpose of selecting the jurors who will hear this case. As a potential juror, you are sworn to answer each question under oath. That means you must answer all the questions completely and truthfully. Remember that there are no "right" or "wrong" answers; only truthful answers.

Please do not discuss the questionnaire or your answers with anyone. It is important that the answers be yours and yours only. This means that you are prohibited from conducting any research or investigation regarding this case until you are formally notified by the Court that you have been released from jury duty in this matter. The prohibition on discussing the case with anyone else and/or doing any investigation or research includes using e-mail, Facebook, Twitter, Instagram, Snap Chat, instant messaging, Google, Yahoo, or any other form of electronic communication for any purpose relating to this case.

Please do not write your name on any page other than page 1 and the Declaration page, which is the last page of this Questionnaire. Please print your answers and use black or blue ink to make sure your answers are legible. Do not write on the back of any page. If you need more room for any of your answers or want to make further comments, please use the extra space at the end of this questionnaire and note the question number you are writing about.

Thank you for your cooperation.

Your Name:_____   Your Juror No.:_____

Juror No. _____

Age: _____   Gender: ❑ Male ❑ Female

Ethnic Background: ❑ African-American ❑ Asian ❑ Caucasian ❑ Latino/a ❑ Native American ❑ Other:_____

1. Are you: ❑ Married (Years _____) ❑ Single, never married ❑ Widowed ❑ Divorced ❑ Separated ❑ Living with partner (Years _____)

2. What is your address? _____

3. Do you: ❑ Rent ❑ Own ❑ Live with Relatives/Others   Years at current address: _____

4. What is the highest level of education you completed? ❑ Less than High School ❑ Some High School ❑ High School/GED ❑ Trade school ❑ Some college ❑ College degree ❑ Advanced Degree

   Please list any degrees you have from college, technical/vocational, or graduate school and also list where you got the degree(s) and in what field of study: _____

   Do you have plans to further your education? ❑ Yes ❑ No  If **YES**, what field? _____

5. What is your total household income per year, before taxes: ❑ <20,000 ❑ $20,000-$40,000 ❑ $40,000-$60,000 ❑ $60,000-$80,000 ❑ $80,000-$100,000 ❑ More than $100,000

6. What is your current job status? (Check all that apply): ❑ Full-time ❑ Part-time ❑ Self-employed ❑ Homemaker ❑ Looking for work (how long? _____) ❑ Student ❑ Disabled ❑ Retired ❑ Unemployed (how long? _____)

7. How long have you worked for your current employer?_____

8. Please list your employment history for your three most recent jobs

   | Dates | Employer | Job Description |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |

9. Do you supervise other people at your job?   ❑ Yes   ❑ No  If **YES**, please describe: _____

10. Have you ever participated in or supported any charitable, civic, social, union, professional, political, consumer, or religious organizations?  ❑ Yes   ❑ No  If **YES**, please tell us what group(s) and how you were involved:_____

11. Have you, or someone close to you, ever owned a business?   ❑ Yes, self   ❑ Yes, someone close ❑ No

    If **YES**, please describe: _____

12. Have you ever served in the military? ❑ Yes   ❑ No  If **YES**, what branch?_____

13. Do you, or anyone close to you, have experience, education, training or work involving any of the following fields?

    | | | | |
    |---|---|---|---|
    | Law, legal field: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Law enforcement: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Real Estate Appraisals: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Foreclosures: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Banking: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Accounting/finance: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Realtor: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Real Estate Investments: | ❑ Yes, self | ❑ Yes, someone close | ❑ No |

1

    Home Mortgage Industry:   ❏ Yes, self   ❏ Yes, someone close   ❏ No
    Credit Ratings:   ❏ Yes, self   ❏ Yes, someone close   ❏ No
    Insurance:   ❏ Yes, self   ❏ Yes, someone close   ❏ No

14. Have you, or someone close to you, ever worked in the legal profession, including working for any court, judge, lawyer or law firm?  ❏ Yes   ❏ No   If **YES**, please explain: _____
_____

15. Spouse's Name: _____  Spouse's Employer: _____
Spouse's job description: _____ Highest grade completed: _____

16. Do you have any children?  ❏ Yes   ❏ No     Ages & occupations of adult children:
_____

17. Do you consider yourself a leader?  ❏ Yes   ❏ No   Why?:
_____

18. How much confidence do you have in the people who run major companies in our country?
   (None at all)    1    2    3    4    5    6    7    (Very much)

19. How much confidence do you have in the federal government?
   (None at all)    1    2    3    4    5    6    7    (Very much)

20. How much confidence do you have in the people who run financial institutions?
   (None at all)    1    2    3    4    5    6    7    (Very much)

21. Are you good at math?
   (Not at all)    1    2    3    4    5    6    7    (Very good)

22. The condition of the average person is getting worse, not better.
   (Strongly Disagree)    1    2    3    4    5    6    7    (Strongly Agree)

23. Most people in public office are not really interested in the problems of the average person:
   (Strongly Disagree)    1    2    3    4    5    6    7    (Strongly Agree)

24. Do you believe there should be a lot more government regulation of our banking and financial industry in this country?
   (Strongly Disagree)    1    2    3    4    5    6    7    (Strongly Agree)

25. Do you hold any leadership positions at work or in the community? ❏ Yes   ❏ No  If **YES**, what positions do you hold: _____

26. How familiar are you with the process of purchasing a home? ❏ Very Familiar  ❏ Somewhat Familiar  ❏ Not Familiar

27. Have you, or someone close to you, ever purchased a home and/or real estate?
❏ Yes, I have   ❏ Yes, someone close has   ❏ No   If **YES**, explain:
_____
_____

28. Have you, or someone close to you, ever experienced a foreclosure on a home and/or property?
❏ Yes, I have   ❏ Yes, someone close has   ❏ No
If **YES**, who and what if anything resulted? _____

29. Have you, or someone close to you, ever applied for a home loan?
❏ Yes, I have   ❏ Yes, someone close has   ❏ Unsure   ❏ No

If yes, please explain: _____

30. Have you, or someone close to you, ever had a dispute with a bank or mortgage company?
    ❑ Yes, I have   ❑ Yes, someone close has   ❑ Unsure   ❑ No

    If yes, please explain: _____

31. Have you, or someone close to you, ever had a loan application rejected by a bank?
    ❑ Yes, I have   ❑ Yes, someone close has   ❑ Unsure   ❑ No

    If yes, please explain: _____

32. Have you, or someone close to you, ever had a credit card application rejected by a bank?
    ❑ Yes, I have   ❑ Yes, someone close has   ❑ Unsure   ❑ No

    If yes, please explain: _____

33. Have you, or someone close to you, ever had a home loan application rejected?
    ❑ Yes, I have   ❑ Yes, someone close has   ❑ Unsure   ❑ No

    If yes, please explain: _____

34. Do you have any opinion about, or impression of the cause of the mortgage crisis of 2006-2010?
    ❑ Yes   ❑ No   If **YES**, please explain: _____

35. When people sue large corporations, how often do the cases have some merit?
    ❑ Almost never   ❑ Rarely   ❑ Often   ❑ Almost always

36. When you make important decisions, do you ultimately rely on the big picture or critical details?
    ❑ Big Picture   ❑ Critical Details

37. When it comes to really important questions, scientific facts don't help very much.
    ❑ Strongly agree   ❑ Agree   ❑ Don't Know   ❑ Disagree   ❑ Strongly Disagree

38. How much of your working life has involved supervising other employees?
    (None of it)   1   2   3   4   5   6   7   (All of it)

39. Have you ever served as a juror?   ❑ Yes   ❑ No   If **YES**, in what year(s) did you serve as a juror? _____
    What type of case?   ❑ Civil   ❑ Criminal   Were you the foreperson?   ❑ Yes   ❑ No

40. Have you ever participated in a mock jury exercise?   ❑ Yes   ❑ No   If **YES**, in what year(s) did you participate? _____
    What type of case?   ❑ Civil   ❑ Criminal   Did it involve residential mortgage loans?   ❑ Yes   ❑ No

41. How much do you tend to participate when you are in a group discussion?
    (Not at all) 1   2   3   4   5   6   7   (Very much)

42. How often do you find yourself functioning as one of the leaders in group situations?
    (Never)   1   2   3   4   5   6   7   (Very frequently)

43. Have you, any immediate family member, or an employer ever:

    Been a witness in court?   ❑ Yes ❑ No   If **YES**, explain: _____
    Filed a lawsuit?          ❑ Yes ❑ No   If **YES**, explain: _____
    Been sued?                ❑ Yes ❑ No   If **YES**, explain: _____
    Wanted to file a lawsuit but for some reason could not?   ❑ Yes   ❑ No   If **YES**, explain: _____
    _____

44. Damages awards in lawsuits today are:   ❑ Too High   ❑ Reasonable   ❑ Too Low   ❑ No opinion

45. Please circle if you, or someone close to you, know, have hired, or worked with any of the companies or individuals listed below:

| | | |
|---|---|---|
| Accurity Qualified Analytics | Navigant | Kelli Glass |
| AlixPartners LLP | NewOak Capital LLC | Myron Glucksman |
| Analysis Group Inc. | NoCostRefi.com | David Grais |
| Analytic Focus LLC | Ocwen Financial Corporation | Jerry Hausman, Ph.D. |
| Ankura | ResCap Liquidating Trust | Whitney Ifcher |
| AVMetrics LLC | Residential Mortgage Capital | Lee Kennedy |
| Barclays | Residential Funding Corporation | James Johnson |
| Blum Capital Advisors LLC | Residential Accredit Loans, Inc. | Patrick King |
| CIT Bank, N.A. | SCME Mortgage Banks, Inc. | Frank Lucco |
| Clayton | Simpson Thacher & Bartlett LLP | Michael Lustig |
| Commercial Capital Bank, FSB | Sperlinga Advisory LLC | Linton Mann III |
| CoreLogic | SpoLoan Mortgage Banking | Kathryn Matthews |
| DataQuick | Standard & Poor's | James Meintjes |
| Davis, Gerald & Cremer, P.C. | Temple Inland | Norman Miller, Ph.D. |
| Deutsche Bank Securities Inc. (DBSI) | Whitclem Enterprises Inc. | Dawn Molitor-Gennrich |
| | Yetter Coleman LLP | Thomas Murray |
| Federal Deposit Insurance Corporation (FDIC) | Anilesh Ahuja | Lisa Paulson |
| | Prasanth Akapeddi | Thomas Raburn |
| Fitch | Arnold Barnett, Ph.D. | Karen Ramallo |
| GMAC Residential Funding Corporation | Vickie Beal | Shannon Ratliff |
| | Steven Beck | Stephen Ryan, Ph.D. |
| GMAC-RFC Holding Company, LLC | Kumarjit Bhattacharyya | Edward Schultze |
| | Leonard Blum | Waqas Shaikh |
| Grais & Ellsworth LLP | Michael Calcote | Richard Spinner |
| Greylock McKinnon Associates Inc. | Bryce Callahan | Joel Spolin |
| | Debash Chatterjee | Joseph Swartz |
| Guaranty Bank | John Contino | Walter Torous, Ph.D. |
| Guaranty Financial Group Inc. | Charles Cowan, Ph.D. | Susan Valenti |
| Guaranty Residential Lending | Colin Cox | Stanley Wu |
| HomeComings Financial Network, Inc. | Jacqueline Doty | Adam Yarnold |
| | Michael Dryden | R. Paul Yetter |
| IndyMac Bank, F.S.B. | Kenneth Dubuque | Jonathan Youngwood |
| IndyMac MBS, Inc. | Jack Falconi | |
| IndyMac Bank | John Finnerty | |
| Moody's | Andrew Frankel | |
| MortgageIT, Inc. | Mark Ginsberg | |

If you circled any of the companies or individuals listed in question no. 48, please explain who and the nature of the relationship: _____

_____

46. Have you had any negative experiences with, or do you have any negative impressions of, any of the companies or individuals listed above?  Please explain: _____

47. Is there anything you are aware of that may affect your ability to be a fair and impartial juror in this case?
❑ Yes   ❑ No   If **YES**, Please explain: _____
_____

Additional Space (If Needed)

I certify that my answers to the above questions are true and accurate,

Your signature:_____Date signed:_____