# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK,<br><br>            *Plaintiff*,<br><br>      -v.-<br><br>DEUTSCHE BANK SECURITIES INC.<br><br>            *Defendants*. | Civil Action No. 14-cv-129-XR |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Federal Deposit Insurance Corporation as Receiver for Guaranty Bank ("FDIC-R") and Defendant Deutsche Bank Securities Inc. ("DBSI") (collectively, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle the FDIC-R's claims against DBSI in this action;

NOW, THEREFORE, it is hereby stipulated, subject to the Court's approval, that the FDIC-R's claims against DBSI in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, and each party shall bear its own costs and attorneys' fees.

Dated:  November 21, 2019

| | |
|---|---|
| **YETTER COLEMAN LLP** | **DAVIS, GERALD & CREMER, P.C.** |
| By: */s/ Bryce L. Callahan* | By: */s/ Shannon H. Ratliff* |
| R. Paul Yetter (State Bar No. 22154200) | Shannon H. Ratliff (State Bar No. 16573000) |
| pyetter@yettercoleman.com | shratliff@dgclaw.com |
| Bryce Callahan (State Bar No. 240552488) | Lisa A. Paulson (State Bar No. 00784732) |
| bcallahan@yettercoleman.com | 300 West 6th Street Suite 1830 |
| 811 Main Street, Suite 4100 | Austin, Texas 78701 |
| Houston, Texas 77002 | Tel:  (512) 493-9600 |
| Tel: (713) 632-8000 | Fax: (512) 493-9625 |
| Fax:  (713) 632-8002 | |
| | |
| **GRAIS & ELLSWORTH LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| David J. Grais (*pro hac vice*) | Andrew T. Frankel (*pro hac vice*) |
| dgrais@graisellsworth.com | afrankel@stblaw.com |
| Kathryn E. Matthews (*pro hac vice*) | Linton Mann III (*pro hac vice*) |
| kmatthews@graisellsworth.com | lmann@stblaw.com |
| 950 Third Avenue | 425 Lexington Avenue |
| New York, NY  10022 | New York, New York 10017 |
| Tel:  (212) 755-0100 | Tel:  (212) 558-4000 |
| Fax:  (212) 755-0052 | Fax:  (212) 558-3588 |
| | |
| ***Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Guaranty Bank*** | ***Attorneys for Defendant Deutsche Bank Securities Inc.*** |