IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for GUARANTY BANK, | § § § § | |
| *Plaintiff*, | § § | CIVIL NO. 1-14-CV-129-XR |
| v. | § § | |
| DEUTSCHE BANK SECURITIES, INC., | § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

BE IT REMEBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiff Federal Deposit Insurance Corporation as Receiver for Guaranty Bank ("FDIC-R") and Defendant Deutsche Bank Securities Inc. ("DBSI") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice (docket no. 264) is GRANTED in all respects and this action is hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this 21st day of November, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE